MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:      (415) 436-7296
    Facsimile:       (415) 436-6982
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0536 WHA |
|     Plaintiff, | ) ) | |
|     v. | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| JOSEPH PERKINS, | ) ) ) | |
|     Defendant. | ) ) | |

       On October 11, 2011, the parties made their initial appearance before the Court.  The parties requested, and the Court ordered, a continuance until November 1, 2011, on which date the parties anticipate a change of plea.  The stated purpose of the continuance request was to afford defense counsel adequate time to prepare.

       The parties also requested, and the Court ordered, that the time between October 11 and November 1, 2011, would be excluded from the running of the speedy trial clock for effective

preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                        MELINDA HAAG
                        United States Attorney

DATED: October 17, 2011          /s/
                        BENJAMIN P. TOLKOFF
                        Assistant United States Attorney

DATED: October 17, 2011          /s/
                        RONALD TYLER
                        Attorney for JOSEPH PERKINS

     For the reasons stated above, this matter is continued until November 1, 2011, for a change of plea or trial setting.  The Court finds that the exclusion of time from October 11, through November 1, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: November 18, 2011.                       /s/ William Alsup
                                            William Alsup
                                            UNITED STATES DISTRICT JUDGE